FILED

2019 OCT 23 PM 4: 42

CLERK US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA FLORIDA

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                  CASE NO. 8:19 cr 504 T35 cpT

18 U.S.C. § 2422(b)
18 U.S.C. § 2251(a) and (e)
18 U.S.C. § 2260A

BRADLEY DIEFFENBACHER

**INDICTMENT**

The Grand Jury charges:

**COUNT ONE**

From an unknown date, but at least on or about December 3, 2018,

through and including on or about August 13, 2019, in the Middle District of

Florida, and elsewhere, the defendant,

**BRADLEY DIEFFENBACHER,**

using a facility and means of interstate commerce, that is, the Internet via an

electronic device, did knowingly persuade, induce, entice, and coerce Victim

1, who had not attained the age of 18 years, to engage in sexual activity for

which any person could be charged with a criminal offense under the laws of

the State of Florida.

In violation of 18 U.S.C. § 2422(b).

## COUNT TWO

From an unknown date, but at least on or about December 7, 2018, through and including on or about August 13, 2019, in the Middle District of Florida, and elsewhere, the defendant,

BRADLEY DIEFFENBACHER,

using a facility and means of interstate commerce, that is, the Internet via an electronic device, did knowingly persuade, induce, entice, and coerce Victim 2, who had not attained the age of 18 years, to engage in sexual activity for which any person could be charged with a criminal offense under the laws of the State of Florida.

In violation of 18 U.S.C. § 2422(b).

## COUNT THREE

On or about December 7, 2018, in the Middle District of Florida, and elsewhere, the defendant,

BRADLEY DIEFFENBACHER,

did employ, use, persuade, induce, entice, and coerce Victim 2, a minor, to engage in any sexually explicit conduct for the purpose of producing a visual depiction of such conduct, and the visual depiction was produced and transmitted using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by

computer and the defendant has prior convictions for: (1) attempted use of a child in a sexual performance, in violation of PL 110-263.05, on or about June 16, 2008, in the state of New York; and (2) disseminating indecent material to minors, in violation of PL 235.22, on or about October 6, 2010, in the state of New York.

All in violation of 18 U.S.C. § 2251(a) and (e).

## COUNT FOUR

On or about December 23, 2018, in the Middle District of Florida, and elsewhere, the defendant,

BRADLEY DIEFFENBACHER,

did employ, use, persuade, induce, entice, and coerce Victim 1, a minor, to engage in any sexually explicit conduct for the purpose of producing a visual depiction of such conduct, and the visual depiction was produced and transmitted using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer and the defendant has prior convictions for: (1) attempted use of a child in a sexual performance, in violation of PL 110-263.05, on or about June 16, 2008, in the state of New York; and (2) disseminating indecent material to minors, in violation of PL 235.22, on or about October 6, 2010, in the state of New York.

All in violation of 18 U.S.C. § 2251(a) and (e).

## COUNT FIVE

From an unknown date, but at least on or about December 3, 2018, and continuing through and including on or about August 13, 2019, in the Middle District of Florida, and elsewhere, the defendant,

BRADLEY DIEFFENBACHER,

being required by Federal or other law to register as a sex offender, committed a felony offense involving a minor under 18 U.S.C. §§ 2422(b) and 2251(a).

All in violation of 18 U.S.C. § 2260A.

## FORFEITURE

1.     The allegations contained in Counts One through Four are incorporated by reference for the purpose of alleging forfeiture, pursuant to the provisions of 18 U.S.C. §§ 2253 and 2428.

2.     Upon conviction of a violation of 18 U.S.C. § 2422(b), the defendant shall forfeit to the United States, pursuant to 18 U.S.C. § 2428:

a.     any property, real or personal, that was used or intended to be used to commit or to facilitate the commission of such violation; and

b.     any property, real or personal, constituting or derived from any proceeds that such person obtained, directly or indirectly, as a result of such violation.

4

3.      Upon conviction of a violation of 18 U.S.C. § 2252, the defendant shall forfeit to the United States, pursuant to 18 U.S.C. § 2253:

a.      Any visual depiction described in 18 U.S.C. §§ 2251, 2251A, or 2252, 2252A, 2252B, or 2260 of chapter 110 of Title 18, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped, or received in violation of chapter 110;

b.      Any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offense; and

c.      Any property, real or personal, used or intended to be used to commit or to promote the commission of such offense or any property traceable to such property.

4.      The property to be forfeited includes, but is not limited to, the following:

i. Acer Aspire Model E1-522-7415, S/N NXM81AA20340059CF6600

ii. Samsung Galaxy J2, IMEI: 35247510615290

iii. Samsung SM-J260T1, IMEI: 356212104447256

5.      If any of the property described above, as a result of any act or omission of the defendant:

a.      cannot be located upon the exercise of due diligence;

b.  has been transferred or sold to, or deposited with, a third person;

c.  has been placed beyond the jurisdiction of the Court;

d.  has been substantially diminished in value; or

e.  has been commingled with other property which cannot be subdivided without difficulty;

the United States shall be entitled to forfeiture of substitute property pursuant

to 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c).

A TRUE BILL,

_____

Foreperson

MARIA CHAPA LOPEZ
United States Attorney

By: _____

Candace Garcia Rich
Assistant United States Attorney

By: _____

Amanda L. Riedel
Assistant United States Attorney
Deputy Chief, Criminal Division

FORM OBD-34
October 19

No.

# UNITED STATES DISTRICT COURT
Middle District of Florida
Tampa Division

## THE UNITED STATES OF AMERICA

vs.

## BRADLEY DIEFFENBACHER

## INDICTMENT

Violations:   18 U.S.C. § 2422(b)
18 U.S.C. § 2251(a)
18 U.S.C. § 2260A

A true bill,

_____
Foreperson

Filed in open court this <u>23rd</u> day

of October 2019.

_____
Clerk

Bail $_____

GPO 863 525