UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 8:19-cr-504-T-35CPT

BRADLEY DIEFFENBACHER

## GOVERNMENT'S STATUS REPORT

The United States of America, by Maria Chapa Lopez, United States Attorney for the Middle District of Florida, files with this Court, pursuant to Fed. R. Crim. P. 17.1, the following status report. In response to the inquiries in the Court's order of September 25, 2019, the United States herein states as follows:

1. Brief summary of the case's status:

On October 1, 2019, Bradley Dieffenbacher was arrested on a criminal complaint, for charges involving online enticement of a minor and production of child pornography. Doc. 1. At his initial appearance, an order was entered granting the government's Motion for detention. Doc. 9. The defendant is being detained pending trial.

On October 24, 2019, the defendant was charged in a five-count indictment with two counts of enticement of a minor, two counts of production of child pornography, and one count of committing a felony offense while being a registered sex offender. Doc. 14. The defendant entered a written plea of not

guilty on November 6, 2019. Doc. 17. A pre-trial discovery order was entered on November 12, 2019. Doc. 20. The United States has provided discovery to defense counsel.

In May 2020, Charles Vaughn and Debra Tuomey filed notices of appearance as new counsel for the defendant. Doc. 36 and 39, respectively. The Federal Public Defender's Motion to Withdraw was granted on May 26, 2020. Doc. 38.

The defense has retained a computer expert, who has now reviewed the forensic evidence in this case. This expert is requesting a second opportunity to review the evidence in order to assist with plea negotiations. The defense has not scheduled that review yet.

2. Possibility of a plea agreement as to each defendant:

The parties conducted a proffer on July 1, 2020 and a plea agreement was provided to the defense on August 4, 2020. The defense anticipates that this case will resolve with either the signing of the plea agreement or an open plea.

3. Number of days required for trial, for government's case-in-chief:

If this case were to proceed to trial, the parties agree that the case would take five to seven days to try, including jury selection.

4. Pending motions, dates on which they were filed, and whether they are ripe for determination:

Currently pending before the Court is the defense's Motion to sever and bifurcate, filed on August 25, 2020. Doc. 61. The United States response in opposition was filed on September 8, 2020. Doc. 67. The defense's Motion is ripe for determination. Additionally, the defense anticipates filing additional pretrial motions. The United States will be filing a Notice of Intent to Rely on 404(b) evidence.

5. Potential speedy trial problems:

On June 3, 2020, the defense filed a Motion to continue the trial. Doc. 41. Also on June 3, 2020, the defense filed an unopposed Motion to extend time to file pretrial motions. Doc. 42. On June 4, 2020, this Court continued the trial to the September 2020 trial term. Doc. 43. On June 8, 2020, this Court extended the deadline for filing pretrial motions to July 3, 2020. Doc. 44. On June 25, 2020, this Court extended the deadline for filing pretrial motions to July 24, 2020. Doc. 48. On August 5, 2020, the defense filed an unopposed Motion to continue the trial and an unopposed Motion to extend the deadline for filing pretrial motions. Doc. 52 and 53. On August 6, 2020, this Court continued the trial to the October 2020 trial term. Doc. 54. On August 7, 2020, this Court extended the deadline for filing pretrial motions until August 25, 2020. Doc. 55. On August 10, 2020, the defense filed an unopposed Motion for leave to file Rule

17(c) subpoenas. Doc. 56. On August 12, 2020, this Court granted the defense's motion. Doc. 57. On August 24, 2020, the defense filed a Motion to continue pretrial deadlines. Doc. 59. On September 2, 2020, this Court granted the defense's motion, continuing the pretrial motion deadline to September 15, 2020. Doc. 66. The Court indicated in its Order that there would be no further extensions, absent extraordinary circumstances. *Id.*

      The United States has consulted with counsel for the defendant herein and both parties agree to the above information.

      Respectfully submitted,

      MARIA CHAPA LOPEZ
      United States Attorney

By:   */s/ Candace Garcia Rich*
      Candace Garcia Rich
      Assistant United States Attorney
      Florida Bar No. 027792
      400 N. Tampa Street, Suite 3200
      Tampa, Florida 33602-4798
      Telephone: (813) 274-6000
      Facsimile: (813) 274-6358
      E-mail: Candace.Rich@usdoj.gov

U.S. v. BRADLEY DIEFFENBACHER        Case No. 8:19-cr-504-T-35CPT

### CERTIFICATE OF SERVICE

I hereby certify that on September 15, 2020, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following:

    Debra Tuomey, Esq.

    Charles Vaughn, Esq.

                                 */s/Candace Garcia Rich*
                                 CANDACE GARCIA RICH
                                 Assistant United States Attorney
                                 Florida Bar No. 027792
                                 400 N. Tampa Street, Suite 3200
                                 Tampa, Florida 33602-4798
                                 Telephone:   (813) 274-6000
                                 Facsimile:   (813) 274-6358
                                 E-mail:         Candace.Rich@usdoj.gov