UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 8:19-cr-00504-MSS-CPT

BRADLEY DIEFFENBACHER

**NOTICE OF MAXIMUM PENALTIES, ELEMENTS OF OFFENSE,
PERSONALIZATION OF ELEMENTS AND FACTUAL BASIS**

The United States of America, by Karin Hoppmann, Acting United States Attorney for the Middle District of Florida, hereby files this Notice of Maximum Penalties, Elements of Offense, Personalization of Elements and Factual Basis, stating as follows:

ESSENTIAL ELEMENTS

COUNTS ONE AND TWO

The essential elements of a violation of 18 U.S.C. § 2422(b), Enticement of a Minor to Engage in Sexual Activity, are as follows:

First: The defendant knowingly persuaded, induced, enticed, or coerced a minor to engage in sexual activity, as charged;

Second: The defendant used a computer and the internet to do so;

Third: When the defendant did these acts, the minor was less than 18 years old;

Four: One or more of the individuals engaging in the sexual activity could have been charged with a criminal offense under Florida law or under federal law.

## PENALTY

The penalty for the offense charged in Counts One and Two of the Indictment is a minimum mandatory penalty of 10 years imprisonment with a maximum penalty of life, a five year term of supervised release up to life, a $250,000 fine, and a special assessment of $100 per felony count for individuals.

## COUNTS THREE AND FOUR

The essential elements of a violation of 18 U.S.C. § 2251(a), Production of Child Pornography, are as follows:

<u>First</u>: An actual minor, that is, a real person who was less than 18 years old, was depicted;

<u>Second</u>: The defendant used the minor to engage in sexually explicit conduct for the purpose of producing a visual depiction of the conduct; and

<u>Third</u>: The visual depiction was mailed or actually transported in interstate or foreign commerce.

## PENALTY

The penalty for the offense charged in Counts Three and Four of the Indictment is a minimum mandatory penalty of 35 years imprisonment with a maximum penalty of life, a five year term of supervised release up to life, a $250,000 fine, and a special assessment of $100 per felony count for individuals.

## COUNT FIVE

The essential elements of a violation of 18 U.S.C. § 2260A, Penalties for Registered Sex Offenders, are as follows:

| | |
|---|---|
| First: | The defendant committed a felony offense involving a minor, enticement of a minor to engage in sexual activity, in violation of 18 U.S.C. § 2422(b), or production of child pornography, in violation of 18 U.S.C. § 2251(a); |
| Second: | At the time that the defendant committed a felony offense involving a minor, the defendant was required to register under the state laws of Florida. |

## PENALTIES

The penalty for the offense charged in Count Five of the Indictment is a mandatory term of imprisonment of 10 years to run consecutive to any imprisonment imposed for the felony offenses involving a minor, a term of supervised release of no more than three years, a fine of $250,000, and a special assessment of $100 per felony count for individuals.

With respect to certain offenses, the Court shall order the defendant to make restitution to any victim of the offenses, and with respect to other offenses, the Court may order the defendant to make restitution to any victim of the offenses, or to the community, as set forth below.

Additionally, pursuant to 18 U.S.C. § 3014, the Court shall impose a $5,000 special assessment on any non-indigent defendant convicted of an offense in violation of certain enumerated statutes involving: (1) peonage, slavery, and trafficking in persons; (2) sexual abuse; (3) sexual exploitation and other abuse of children; (4) transportation for illegal sexual activity; or (5) human smuggling in violation of the Immigration and Nationality Act (exempting any individual involved in the smuggling of an alien who is the alien's spouse, parent, son or daughter).

Additionally, the defendant must forfeit property, pursuant to 18 U.S.C. § 2428 and 28 U.S.C. § 2461(c), as outlined in the Indictment.

FACTUAL BASIS

Beginning on an unknown date, but at least on or about December 3, 2018, through and including on or about August 13, 2019, the defendant, using an electronic device that accessed the Internet, did knowingly persuade, induce, entice and coerce Victim 1 and Victim 2, both under the age of 18, to engage in sexual activity for which any person could be charged with a criminal offense under the laws of the State of Florida. During this timeframe, the defendant also employed, used, persuaded, induced, enticed, and coerced Victim 1 and Victim 2 to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, using an electronic device.

At all times during the described conduct, the defendant had prior convictions for: (1) attempted use of a child in a sexual performance on June 16, 2008, in violation of New York state law; and (2) disseminating indecent material to minors, on October 6, 2010, in violation of New York state law. As a result of these convictions, the defendant is required by Federal or other law to register as a sex offender.

During the above timeframe, the defendant created a fake Facebook account with username "Mary Cuellar" in order to communicate with Victim 1 and Victim 2 on Facebook Messenger. During the Facebook communications, Victim 1

was approximately 13 years old and Victim 2 was approximately 15 years old.

On December 3, 2018, the defendant engaged in the following Facebook Messenger conversation with Victim 1:

**Defendant**: "yeah u were on my mutual friends list so I added u, hope that's ok"

**Victim 1:** (sent a thumbs up icon)

**Defendant**: "so how are u? how old are u?"

**Victim 1:** "18"

**Defendant**: "oh nice im 20"

**Victim 1:** "Yeah"

**Defendant**: "can u send a pic cause your pics must be super old, I assumed u were like 14, even if u were like 14, u are cute as fuck"

**Victim 1:** "Thanks (smiley emoji face)"

**Defendant**: "so honestly how old are u"

**Victim 1:** "18"

**Defendant**: "legal ;), so where u from? I'm in tampa"

**Victim 1:** "I'm from USA, Ohio"

**Defendant**: "why lie to me, so be honest, are you like 13 or 14, if so, idc really"

**Victim 1:** "I'm 16"

On December 23, 2018, the defendant engaged in the following Facebook Messenger conversation with Victim 1:

**Defendant**: "wanna see a shortless[sic] of me also ;)"

5

>**Victim 1**: "Yes"
>
>**Defendant**: *[sends an image depicting a postpubescent, naked female, who is standing with her breasts exposed]*
>
>**Defendant**: "your turn"
>
>**Victim 1**: "What do u want me to take pic of"
>
>**Defendant**: "would you do shirtless and maybe boxers ;)"
>
>**Victim 1**: *[sends an image depicting Victim 1 standing shirtless and wearing only grey boxer shorts]*
>
>**Defendant**: "fuck yeah, where do you live again"
>
>**Victim 1**: "In ohio, Circleville ohio"
>
>**Defendant**: "damn I wanna meet up with u, u ever do nudes"
>
>**Victim 1**: "Some times"
>
>**Defendant**: "send another pic, fully nude with face"
>
>**Victim 1**: *[sends an image depicting Victim 1 standing upright naked]*
>
>**Defendant**: "nice, try a better pic, i cant see your cock"
>
>**Victim 1**: *[sends an image depicting Victim 1 focusing the camera on his genitals in a lewd and lascivious manner]*
>
>**Defendant**: "damn u look good"

On December 24, 2018, the defendant engaged in the following Facebook Messenger conversation with Victim 1:

>**Defendant**: "send me a pic, and undo your pants"
>
>**Victim 1**: *[sends an image of a prepubescent male's erect penis]*

6

>**Defendant**: "fuck yeah, u jerking off, how bad do u wanna cum inside me, can you send vids"
>
>**Victim 1**: "Yes, Very much"
>
>**Defendant**: "send me a vid of u jerking off, iagibe cumming inside me"
>
>**Victim 1**: *[sends a video approximately 3 seconds long depicting a prepubescent male masturbating]*
>
>**Defendant**: "damn u have a huge cock, would u wanna put that in my pussy, mouth or ass"

On December 7, 2018, the defendant engaged in the following Facebook Messenger conversation with Victim 2:

>**Defendant:** "hey I added u months ago from my mutual friends list, hope that's ok"
>
>**Victim 2:** "yeah its fine"
>
>**Defendant:** "so how are you> how old are u, im mary, fron new port richey florida, 2, u?"
>
>**Victim 2:** "Im 15 lol"
>
>**Defendant:** "school today or homeschool u, im right by u"
>
>**Victim 2:** "School, Hight school"
>
>**Defendant:** "I was actually in huson yesterday at a friends house by the hospital, send me a quick pic of u so I can see how u look"
>
>**Defendant:** "would u send me a naked with face if I did ;), heres the only one I have tight now since I'm at work, cant exactly take one, u can see my face clearly in this"
>
>**Defendant:** *[sends an image depicting a postpubescent female with her legs spread apart and her undergarments moved to one side exposing her genitals in a lewd and lascivious manner]*

7

**Victim 2:** "but my sucks on 5, Dick *"

**Defendant:** "that's fine, let me see, I did send a nude to you"

**Victim 2:** *[sends an image depicting a postpubescent male's erect penis and the face of Victim 2]*

**Defendant:** "damn u have a nice cock, u ever do this b4 honestly"

**Victim 2:** "No, Lol"

**Defendant:** "u aren't scared or nervous, right"

**Victim 2:** "No"

**Defendant:** "fuck I wanna get on my knees and give u head, I would let u slide inside me"

**Victim 2:** "Lol"

**Defendant:** "and I wanna figure a way for me to meet u and fuck u, but gota be a safe place since you're 15"

**Victim 2:** "Lmao, I go to my bus stop at 7:00, And gotta be at school 7 25"

**Defendant:** "yea but maybe we can go to my friends house, hes safe and wont tell anyone"

**Victim 2:** "Who's that, ?"

**Defendant:** "someone I work with, he's cool don't worry"

On August 13, 2019, HSI agents executed a search warrant at the defendant's residence, located in the Middle District of Florida. During the search, agents seized an Acer laptop. On the laptop, agents discovered that the "Mary Cuellar" Facebook account had been accessed multiple times. Also on the laptop,

agents discovered images of a post-pubescent female displaying her breasts and genitals. These images were transmitted by the defendant to Victim 1 and Victim 2, as described above.

        Respectfully submitted,

        KARIN HOPPMANN
        Acting United States Attorney

By:   */s/ Candace Garcia Rich*
        Candace Garcia Rich
        Assistant United States Attorney
        Florida Bar No. 0027792
        400 N. Tampa Street, Suite 3200
        Tampa, Florida 33602-4798
        Telephone:  (813) 274-6000
        Facsimile:   (813) 274-6358
        E-mail: Candace.Rich@usdoj.gov

U.S. v. BRADLEY DIEFFENBACHER    Case No. 8:19-cr-00504-MSS-CPT

### CERTIFICATE OF SERVICE

I hereby certify that on March 11, 2021, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Alec Hall, FPD

/s/ *Candace Garcia Rich*
Candace Garcia Rich
Assistant United States Attorney
Florida Bar No. 0027792
400 N. Tampa Street, Suite 3200
Tampa, Florida 33602-4798
Telephone:  (813) 274-6000
Facsimile:  (813) 274-6358
E-mail: Candace.Rich@usdoj.gov