UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                                                    Case No. 8:19-cr-504-MSS-CPT

BRADLEY DIEFFENBACHER
_____/

**Consent to Institute a Presentence Investigation and
Disclose the Report Before Conviction or Plea of Guilty**

I, Bradley Dieffenbacher, hereby consent to a pre-sentence investigation by the probation officers of the United States District Courts. I understand and agree that the report of the investigation will be disclosed to the District Judge and the attorney for the government, as well as to me and my attorney, so that it may be considered by the District Judge in deciding whether to accept a plea agreement that I have reached with the government.

I have read, or had read to me, the foregoing consent and fully understand it.

Dated: _____           _____
                                                              Defendant

Dated: _____           _____
                                                              Counsel for Defendant
                                                              Alec E. Hall