# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

**UNITED STATES OF AMERICA**

v.                                                            **CASE NO: 8:19-cr-504-MSS-CPT**

**BRADLEY DIEFFENBACHER**

---

## ACCEPTANCE OF PLEA OF GUILTY
## AND ADJUDICATION OF GUILT

This case having been considered by the Court on the Report and Recommendation Concerning Plea of Guilty, (Dkt. 103) filed on March 25, 2021, and no objection thereto having been filed, it is **ORDERED:**

1. The Report and Recommendation of the United States Magistrate Judge, (Dkt. 103) is ACCEPTED, AFFIRMED AND ADOPTED.

2. Defendant, Bradley Dieffenbacher has entered a plea of guilty to Counts One, Two, Three, Four and Five of the Indictment knowingly, intelligently and voluntarily. Such plea is accepted, and Defendant is adjudicated guilty of Counts One, Two, Three, Four and Five of the Indictment.

3. That sentencing is scheduled for **July 29, 2021 at 1:30 PM**. Counsel are reminded of the requirement to contact the Courtroom Deputy if this hearing is anticipated to take longer than thirty (30) minutes.

4. Sentencing memoranda **SHALL BE FILED IN EACH CASE** and shall be filed no later than ten (10) business days prior to the date of the sentencing hearing.

**DONE and ORDERED** in Tampa, Florida, this 15th day of April, 2021.

_____
MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

Copies to:
Counsel of Record
U.S. Probation Office
U.S. Pretrial Services
U.S. Marshal Service