UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**UNITED STATES OF AMERICA**

v.                                                                                    CASE NO.: 8:19-CR-504-MSS-CPT

**BRADLEY DIEFFENBACHER**
_____/

**DEFENDANT'S UNOPPOSED MOTION TO CONTINUE SENTENCING**
**(SIXTY (60) DAYS)**

**COMES NOW**, BRADLEY DIEFFENBACHER and through his undersigned counsel, A. FITZGERALD HALL, and moves this Court to: **CONTINUE SENTENCING – SIXTY (60) DAYS.** As grounds for this motion the following is offered:

**BACKGROUND AND BASIS**

1.  On September 27, 2019, Mr. Dieffenbacher was arrested on a criminal complaint and made his initial appearance before the Court (Doc. 6). Mr. Dieffenbacher was ordered detained (Docs. 6 & 9).

2.  Subsequently, on October 23, 2019, Mr. Dieffenbacher was indicted for counts one and two, using a facility and means of interstate commerce to knowingly persuade, induce, entice, and coerce a minor to engage in sexual activity in violation of 18 U.S.C. § 2422(b); counts three and four, employ, use, persuade, induce, entice, and coerce a minor to engage in sexually explicit conduct for the purpose of

1

producing a visual depiction and such visual depiction was transmitted in interstate commerce, and having a prior conviction, in violation of 18 U.S.C. § 2251(a) and (e); count five, being required by law to register as a sex offender, committed a felony offense involving a minor in violation of 18 U.S.C. § 2260A) (Doc. 14).

3. The Federal Public Defender's Office was initially appointed to represent Mr. Dieffenbacher, but was relieved of any further responsibility in the case when Attorney Charles Vaughn entered his appearance (Docs. 36 & 37). Thereafter, on November 20, 2020, Attorney Vaughn and Attorney Tuomey moved to withdraw from representing Mr. Dieffenbacher (Docs. 78 & 79). On November 25, 2020, this Court granted the motions (Doc. 83) and reappointed the Federal Public Defender's Office (Doc. 84).

4. On March 25, 2021, without a plea agreement, Mr. Dieffenbacher, pleaded guilty as charged (Docs. 14, 95 & 98). Mr. Dieffenbacher is currently scheduled for sentencing before this Court on Thursday, July 29, 2021 at 1:30 p.m. (Doc. 104). However, undersigned counsel needs additional time to meet with Mr. Dieffenbacher and prepare for sentencing. Undersigned counsel further notes that the issues in the case are complex, there will be numerous objections filed in this case, and there appears to be a 35-year minimum-mandatory penalty in this case.

5. Undersigned counsel gives notice that the sentencing hearing, at this point, will take probably one hour to one and a half-hours.

6.	As a result of the above, undersigned counsel is requesting this Court continue the sentencing in this matter for sixty (60) days.

7.	Assistant United States Attorney Candace Rich does not oppose this motion.

**WHEREFORE**, Mr. Dieffenbacher requests this Court enter an order continuing the sentencing for sixty (60) days.

DATED this 15th day of July 2021.

            Respectfully submitted,

            A. FITZGERALD HALL, ESQ.
            FEDERAL DEFENDER

By: *s/ A. Fitzgerald Hall*
   A. Fitzgerald Hall, Esq.
   Florida Bar No. 0137138
   Federal Defender
   400 N. Tampa Street, Suite 2700
   Tampa, Florida 33602
   Telephone: (813) 228-2715
   Fax: (813) 228-2562
   Email: Alec_Hall@fd.org

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 15th day of July 2021, a true and correct copy of the foregoing was furnished by the CM/ECF system with the Clerk of the Court, which will send a notice of the electronic filing to Assistant United States Attorney Candace Rich.

> By: *s/ A. Fitzgerald Hall*
> A. Fitzgerald Hall, Esq.
> Federal Defender