# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

**UNITED STATES OF AMERICA**

**v.**                                        **CASE NO: 8:19-cr-504-MSS-CPT**

**BRADLEY DIEFFENBACHER**

_____

## ORDER

THIS CAUSE is before the Court on the Defendant's Unopposed Motion to Continue Sentencing Sixty (60) Days. (Dkt. 107) The Defendant is requesting that the sentencing, which is presently scheduled for July 29, 2021, be continued to allow counsel additional time to meet with the Defendant and prepare for sentencing. Additionally, counsel advises that the hearing will likely take up to 90 minutes.

Accordingly, it is **ORDERED** as follows:

1.     The Defendant's Unopposed Motion to Continue Sentencing Sixty (60 Days is hereby **GRANTED**.

2.     The Sentencing in this case is rescheduled to **September 23, 2021 at 9:30 AM.**     Counsel are reminded of the requirement to contact the Courtroom Deputy if this hearing is anticipated to take longer than one (1) hour and thirty (30) minutes.

3.      Sentencing memoranda **SHALL BE FILED IN EACH CASE** and shall be filed no later than ten (10) business days prior to the date of the sentencing hearing.

**DONE and ORDERED** in Tampa, Florida, this 20th day of July 2021.

_____
MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

Copies to:    Counsel of Record
              U.S. Marshal Service
              U.S. Probation Office
              U.S. Pretrial