UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

HONORABLE MARY S. SCRIVEN

| | | |
|---|---|---|
| CASE NO. | 8:19-cr-504-MSS-CPT | DATE: March 17, 2022 |
| TITLE: | USA v. **Bradley Dieffenbacher** | |
| TIME: | 9:45 AM – 11:02 AM | TOTAL: 1 HR 17 MIN |

| | |
|---|---|
| Courtroom Deputy: Cynthia Biron | |
| Court Reporter: David Collier | Probation: Kaleena Roy |
| Counsel for Government: | Tiffany Fields, AUSA |
| Counsel for Defendant: | Alec Fitzgerald Hall, AFPD |

## CRIMINAL MINUTES

Court in session and counsel identified for the record.

Defendant sworn and adjudicated guilty as to Counts One, Two, Three, Four, and Five of the Indictment.

Imprisonment: FOUR HUNDRED AND FORTY-FOUR (444) MONTHS, consisting of a 324-month term as to Counts 1, 2, 3, and 4, all such terms to run concurrently and a 120-month term as to Count 5, to run consecutively with Counts 1, 2, 3, and 4.

The Court makes the following recommendations to the Bureau of Prisons:
- Confinement at Devans Medical Center would allow the Defendant's successful matriculation through the system by placing him closer to family and can provide him with sex-offender treatment.

Supervised Release: 10-year term of supervised release, consisting of a 10-year term as to Counts 1, 2, 3, and 4, and a 3-year term as to Count 5, all such terms to run concurrently.

Fine is waived.

JVTA and AVAA Special Assessments are waived.

Restitution: $6,200.00 *(See Criminal Monetary Penalties section of the Judgment for details)*.

While in the Bureau of Prisons custody, the defendant shall either (1) pay at least $25 quarterly if the defendant has a non-Unicor job or (2) pay at least 50% of his monthly earnings if the defendant has a Unicor job. ***Upon release from custody***, the defendant shall make monthly payments of no less than $100.00 and this payment schedule shall continue until such time as the Court is notified by the defendant, the victim or the government that there has been a material change in his ability to pay.

Special Assessment: $500.00. This obligation is to be paid immediately.

Special conditions of supervised release:

- You shall participate in a mental health program specializing in sexual offender treatment and submit to polygraph testing for treatment and monitoring purposes. You shall follow the probation officer's instructions regarding the implementation of this court directive. Further, you shall contribute to the costs of such treatment and/or polygraphs not to exceed an amount determined reasonable by the

- probation officer based on ability to pay or availability of third party payment and in conformance with the Probation Office's Sliding Scale for Treatment Services.
- You shall register with the state sexual offender registration agency(s) in any state where you reside, visit, are employed, carry on a vocation, or are a student, as directed by the probation officer.
- The probation officer shall provide state officials with all information required under Florida sexual predator and sexual offender notification and registration statutes (F.S. 943.0435) and/or the Sex Offender Registration and Notification Act (Title I of the Adam Walsh Child Protection and Safety Act of 2006, Public Law 109-248), and may direct the defendant to report to these agencies personally for required additional processing, such as photographing, fingerprinting, and DNA collection.
- You shall have no direct or indirect contact with minors (under the age of 18) without the written approval of the probation officer and shall refrain from entering into any area where children frequently congregate including: schools, daycare centers, theme parks, playgrounds, etc.
- You are prohibited from possessing, subscribing to, or viewing, any images, videos, magazines, literature, or other materials depicting children in the nude and/or in sexually explicit positions.
- Without prior written approval of the probation officer, you are prohibited from either possessing or using a computer (including a smart phone, a hand-held computer device, a gaming console, or an electronic device) capable of connecting to an online service or an internet service provider. This prohibition includes a computer at a public library, an internet cafe, your place of employment, or an educational facility. Also, you are prohibited from possessing an electronic data storage medium (including a flash drive, a compact disk, and a floppy disk) or using any data encryption technique or program. If approved to possess or use a device, you must permit routine inspection of the device, including the hard drive and any other electronic data storage medium, to confirm adherence to this condition. The United States Probation Office must conduct the inspection in a manner no more intrusive than necessary to ensure compliance with this condition. If this condition might affect a third party, including your employer, you must inform the third party of this restriction, including the computer inspection provision.
- You shall have no contact, direct or indirect, with H.M., T.L., J.G., and F.B, no matter their ages.
- You shall submit to a search of your person, residence, place of business, any storage units under your control, computer, or vehicle, conducted by the United States Probation Officer at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition of release. You shall inform any other residents that the premises may be subject to a search pursuant to this condition. Failure to submit to a search may be grounds for revocation.
- You shall refrain from engaging in any employment related to minors under the age of 18.
- The mandatory drug testing provisions of the Violent Crime Control Act are waived. The Court authorizes random drug testing not to exceed 104 tests per year.
- Defendant shall cooperate in the collection of DNA as directed by the Probation Officer.

Defendant is remanded to the custody of the US Marshal.

Defendant advised of right to appeal and of right to counsel on appeal.

### GUIDELINE RANGE DETERMINED BY THE COURT AT SENTENCING

| | |
|---|---|
| Total Offense Level | 37 |
| Criminal History Category | V |
| Imprisonment Range | 324 - 405 months imprisonment (Counts 1 through 4) 120 months, consecutive to all other Counts (Count 5) |
| Supervised Release Range | 5 years-Life supervised release (Counts 1 through 4) 1 – 3 years supervised release (Count 5) |

| | |
|---|---|
| Restitution | $6,200.00 |
| Fine Range | $40,000 - $250,000 |
| JVTA Assessment | $5,000 |
| AVAA Assessment | $50,000 |
| Special Assessment | $500.00 |

Adjustments/changes to the PSR:

Removed non-Shepard narratives and moved information to other arrests section.
Cover page, paragraph 98, paragraph 99 – Minimum mandatory removed

Defendant's Objections to PSR:

Non-Shepard information in paragraphs 64 and 65.
Mandatory minimum related to prior conviction